CLOSED

## U.S. District Court
## Eastern District of Michigan (Bay City)
## CIVIL DOCKET FOR CASE #: 1:07-cv-15111-TLL-CEB
## Internal Use Only

Young et al v. Ameriquest Mortgage Company et al
Assigned to: Honorable Thomas L Ludington
Referred to: Honorable Charles E Binder
Cause: No cause code entered

Date Filed: 12/03/2007
Date Terminated: 02/05/2008
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Bryan A Young**  represented by  **D. Richard Black**
D. Richard Black Assoc.
283 Howard Avenue
Holland, MI 49424
616-396-3998
Email: black-law@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hall**
283 Howard Avenue
Holland, Mi 49424
616-396-3998
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill M Young**  represented by  **D. Richard Black**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**
*also known as*
AMC Mortgage Services

**Defendant**

Case 1:08-cv-00741   Document 5-3   Filed 02/06/2008   Page 2 of 2

**Deutsche Bank National Trust Company**
*as Trustee of Ameriquest Mortgage Securities, Incorporated*

**Defendant**

**Does**
*1-5*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2007 | 1 | COMPLAINT filed by all plaintiffs against all defendants Receipt No: 21137-BC - Fee: $ 350. (CGre) (Entered: 12/03/2007) |
| 01/31/2008 | 2 | [Informational Copy] MDL Non-Certified Transfer Order (Northern Illinois) MDL # 1715. (JLam) (Entered: 01/31/2008) |
| 02/05/2008 | 3 | MDL Certified Transfer Order (CTO-36) To NORTHERN DISTICT OF ILLINOIS - MDL # 1715. (SSch) (Entered: 02/06/2008) |
| 02/06/2008 | 4 | NOTICE transferring case to *NORTHERN DISTICT OF ILLINOIS*. (SSch) (Entered: 02/06/2008) |