


**FILED**
JANUARY 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY
JAN 2 8 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

CEM

**FILED**
FEB 05 2008
CLERK'S OFFICE
DETROIT

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

**08 C 741**

(SEE ATTACHED SCHEDULE)

JUDGE ASPEN

## CONDITIONAL TRANSFER ORDER (CTO-36)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 292 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By _____
       Deputy

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 5, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                    MDL No. 1715

### SCHEDULE CTO-36 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
CAC 5 07-1641          Brian Daniel, et al. v. ACC Capital Holdings Corp., et al. — 08cv737

MASSACHUSETTS
MA 1 07-11954         Katherine Woodbury, et al. v. Ameriquest Mortgage Co. — 08cv738
MA 1 07-12116         David K. MacDowell, et al. v. Ameriquest Mortgage Co., et al. — 08cv739

MARYLAND
MD 8 07-2013          Samuel Gaillard v. Ameriquest Mortgage Services, Inc., et al. — 08cv740

MICHIGAN EASTERN
MIE 1 07-15111        Bryan A. Young, et al. v. Ameriquest Mortgage Co., et al. — 08cv741
MIE 5 07-15291        James L. Walrod, et al. v. Ameriquest Mortgage Co., et al. — 08cv742

OHIO SOUTHERN
OHS 3 07-421          Rockway Studebaker, et al. v. ACC Capital Holdings Corp., et al. — 08cv743

PENNSYLVANIA EASTERN
PAE 2 07-5079         Michael Garner v. Ameriquest Mortgage Co., et al. — 08cv744